AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2014 APR -7 P 2:53
US DISTRICT COURT
BRIDGEPORT CT

United States of America
v.
**EL MEHDI SEMLALI FATHI**

Case No. 3:14mj57 (HBF)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 1, 2014** in the county of **Fairfield** in the District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | False Statement |
| 18 U.S.C. § 1546 | False Swearing in Immigration Matter |
| 18 U.S.C. § 1623 | False Declaration Before a Court |

This criminal complaint is based on these facts:

**See attached Affidavit**

☑ Continued on the attached sheet.

*Complainant's signature*

**Special Agent Anabela Sharp, Federal Bureau of Investigation**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **April 4, 2014**

/s/ Holly B. Fitzsimmons, USMJ
*Judge's signature*

City and state: **Bridgeport, Connecticut**    **Holly B. Fitzsimmons, U.S. Magistrate Judge**
*Printed name and title*