AO245b (USDC-CT Rev. 9/07)

Page 1

UNITED STATES DISTRICT COURT
District of Connecticut

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | CASE NO. *3:14cr163 (JCH)*<br>USM NO: *22462-014* |
| El Mehdi Semlali Fathi | *Krishna Patel/Stephen Reynolds*<br>Assistant United States Attorney |
| | *Paul Thomas*<br>Defendant's Attorney |

**THE DEFENDANT:** pled guilty to count 1 of an Information.

Accordingly the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| Title 18, United States Code, Section 1621 | Perjury | April 7, 2014 | 1 |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984. The sentence imposed is a guideline sentence.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 24 months.

**SUPERVISED RELEASE**

No term of Supervised Release is imposed as defendant will likely be deported.

**CRIMINAL MONETARY PENALTIES**
The defendant must pay the total criminal monetary penalties under the schedule of payments (as follows) or (as noted on the restitution order).

**Special Assessment:**      $100.00  to be paid  immediately

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment, are paid.

Page 2

**10/29/2014**
Date of Imposition of Sentence

`/s/Janet C. Hall`

Janet C. Hall
United States District Judge
Date: `10/31/2014`

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

Joseph P. Faughnan
United States Marshal

By _____
Deputy Marshal

**CERTIFIED AS A TRUE COPY**
**ON THIS DATE _____**
**ROBERTA D. TABORA, Clerk**
**BY: _____**
 **Deputy Clerk**