AO245b (USDC-CT Rev. 9/07)

Page 2

10/29/2014
Date of Imposition of Sentence

/s/ Judge Janet C. Hall

~~United States District Judge~~
Date: 10/31/14

RETURN

I have executed this judgment as follows:

Defendant delivered on **Dec. 11, 2014** to **FCI Berlin**
at **Berlin NH**, with a certified copy of this judgment.

_Ju EL Tatum_
Joseph P. Faughnan
United States Marshal

By _R Hamila, CIO_
Deputy Marshal

CERTIFIED AS A TRUE COPY
ON THIS DATE _____
ROBERTA D. TABORA, Clerk
BY: _____
  Deputy Clerk



2015 MAR 13 AM 7 44
U.S. DISTRICT COURT
NEW HAVEN, CT.
FILED

AO245b (USDC-CT Rev. 9/07)

Page 1

UNITED STATES DISTRICT COURT
District of Connecticut

2015 MAR 12 PM 12:08

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | CASE NO. *3:14cr163 (JCH)*<br>USM NO: *22462-014* |
| El Mehdi Semlali Fathi | *Krishna Patel/Stephen Reynolds*<br>Assistant United States Attorney |
| | *Paul Thomas*<br>Defendant's Attorney |

**THE DEFENDANT:** pled guilty to count 1 of an Information.

Accordingly the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| Title 18, United States Code, Section 1621 | Perjury | April 7, 2014 | 1 |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984. The sentence imposed is a guideline sentence.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 24 months.

**SUPERVISED RELEASE**

No term of Supervised Release is imposed as defendant will likely be deported.

**CRIMINAL MONETARY PENALTIES**
The defendant must pay the total criminal monetary penalties under the schedule of payments (as follows) or (as noted on the restitution order).

Special Assessment:   $100.00 to be paid immediately

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment, are paid.